| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CASE NO. 1:13-CR-27 |
| | § | |
| MICHAEL BRANDAN GRIFFITH | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the United States Magistrate Judge Keith F. Giblin for the administration of a guilty plea hearing. The magistrate judge recommended that the Court accept defendant's guilty plea and the plea agreement. He further recommended that the Court finally adjudge defendant as guilty on Count One of the Information.

The parties have not objected to the magistrate judge's findings. The Court accepts the findings in the report and recommendation. The Court ORDERS that Judge Giblin's report and recommendation on guilty plea (#17) is adopted. The Court further ORDERS that the defendant's guilty plea and the plea agreement are accepted at this time. The Court finds defendant guilty on Count One of the Information charging violations of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

SIGNED at Sherman, Texas, this 30th day of April, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE